UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jon Carpenter,<br><br>    Plaintiff,<br><br>  v.<br><br>Kenmore 3450, LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 2:13-CV-06804-SVW-FFM<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON**<br><br>JS-6 |

### ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: April 30, 2014

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE